UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE3, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE3,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS W. ORR, et al.,<br><br>Defendants. | Case No. 19-cv-00641-JCS<br>*Also filed in Case No. 19-cv-00040-EMC*<br><br>**ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS**<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**<br><br>Re: Dkt. Nos. 2, 3 |

Good cause having been shown, the applications to proceed in forma pauperis filed by Defendants Thomas Orr and Patra Orr in case number 19-cv-00641 are GRANTED.

The undersigned hereby refers that case to the Honorable Edward Chen to determine whether it is related to case number 19-cv-00040, which is a removal of the same civil action from the California Superior Court for Sonoma County, assigned case number MCV-246524 in that court. Any party may file a response regarding whether the cases are related no later than February 11, 2019.

The undersigned has separately filed a report recommending that case number 19-cv-00641 be remanded sua sponte to state court. If Judge Chen determines that the cases are not related, that case will be reassigned to a randomly selected district judge for action on that recommendation.

**IT IS SO ORDERED.**

Dated: February 7, 2019

JOSEPH C. SPERO
Chief Magistrate Judge